Ex. No. 1758. STATE v. DANIEL H. MARZILLI. Motion of defendant for a special assignment is granted, and matter assigned to calendar of November 10, 1972 for hearing on the merits. Roberts, C. J. and Paolino, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Roberts & Willey Incorporated, Dennis J. Roberts II,* for defendant.

APPEAL No. 1648. RONALD NICHOLSON *et al.* v. EDWARD TOURTELLOTTE *et al.* Motion for leave to reargue denied. Roberts, C. J., not participating. *Roberts & Willey Incorporated, Dennis J. Roberts, II,* for appellants. *Urso and Adamo, Natale L. Urso, John J. Adamo,* for appellees.

September 18, 1972.

M. P. No. 1874. SCHOOL COMMITTEE OF WESTERLY v. WESTERLY TEACHERS ASSOCIATION. Matter assigned specially to calendar for October 26, 1972 at 10:00 A.M. Petitioner to file brief not later than October 6, 1972 and respondent to file its brief not later than October 18, 1972. Any reply briefs must be filed not later than October 25, 1972. *Robert E. Liguori,* for plaintiff-respondent. *Natale L. Urso,* for defendant-petitioner.

September 26, 1972.

M. P. No. 1497. WILLIAM EDWARD BRADSHAW v. FRANCIS A. HOWARD, *Warden.* Petitioner having admitted in his reply memorandum that the trial justice indicated that time awaiting trial was a factor considered in imposition of sentence, petition for writ of habeas corpus is denied. *Jacob D. Portnoy,* for petitioner. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.